**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREEM MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD GARRETT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-02025 - AWI - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE AND LIFTING THE STAY<br>(Doc. 27)<br><br>ORDER STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT<br>(Doc. 28)<br><br>ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS |

　　　　On September 20, 2013, Plaintiff filed a "motion to reopen case," seeking to have the Court lift the stay. (Doc. 27). Previously, Plaintiff requested a stay because he is a defendant in a criminal trial and he believed there may be evidence from the criminal trial that is relevant to his civil trial. In addition, Plaintiff requested the "continuance" because he is unable to afford counsel, and his counsel in the criminal matter informed Plaintiff he would assist in this action only after completion of the criminal trial. The Court granted a stay, directing Plaintiff to file a status report every 90 days regarding his criminal case, and to file "a motion to reopen the case within 30 days of the conclusion of his criminal case." (Doc. 21 at 5).

　　　　Although Plaintiff reports his criminal case has not concluded, Plaintiff "has stated his readiness for trial several times." (Doc. 27 at 1). In addition, Plaintiff asserts that he "believes his

civil complaint is strong enough for him to manage as Pro Per." *Id.*  Therefore, Plaintiff seeks to have the stay lifted and the case reopened.

In addition, Plaintiff filed a Second Amended Complaint on September 28, 2013. (Doc. 28) Pursuant to Fed. R. Civ. P. 15(a), a party may amend a pleading once as a matter of course within twenty-on days of service, or if the pleading is one to which a response is required, twenty-one days after service of a responsive pleading. "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).  In this case, Defendants filed a motion to dismiss on January 2, 2013 (Doc. 9), to which Plaintiff responded by filing a First Amended Complaint.  (Doc. 12).  Thus, Plaintiff must obtain Defendant's consent to file a Second Amended Complaint, or seek leave of the Court.  *See* Fed. R. Civ. P. 15(a)(2).  Nevertheless, Plaintiff has not filed a stipulation indicating the defendants consent to the pleading amendment, and has not filed a motion for the Court's consideration with his Second Amended Complaint.

Finally, Defendants filed a second motion to dismiss on March 4, 2013 (Doc. 20), which was terminated upon the entry of a stay.  (Doc. 22).  Although the Court ordered Defendants "to refile [the] Motion to Dismiss once the case is reopened," a schedule was not set by the Court.  Accordingly, it is necessary for the Court to set a briefing schedule on Defendants' motion to dismiss.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion to reopen case (Doc. 27) is **GRANTED**;
2. The stay in the action is **LIFTED**;
3. Plaintiff's Second Amended Complaint (Doc. 28) is **STRICKEN**; and
4. If they choose, Defendants **may re-**file their motion to dismiss no later than **October 21, 2013**.  Plaintiff **SHALL** file any opposition to the motion to dismiss no later than **November 11, 2013**.  Any reply by Defendants **SHALL** be filed on or before **November 18, 2013**.

IT IS SO ORDERED.

Dated:   **October 2, 2013**             /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28