UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAD GARRETT, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-02025 - AWI - JLT<br><br>ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE CONSOLIDATED |

　　　　Plaintiff Kareem Muhammad and Defendant Chad Garrett are also the parties in another action, Muhammad v. Garrett, Case No. 1:12-cv-01199-AWI-JLT, which appears to involve the same events as this matter and involve overlapping questions of fact.

　　　　Therefore, the Court **ORDERS** the parties to show cause in writing, **no later than October 15, 2013**, why the matter should not be consolidated for all purposes with Muhammad v. Garrett, Case No. 1:12-cv-01199-AWI-JLT.

IT IS SO ORDERED.

　　Dated:　**October 2, 2013**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1