1
2
3
4

5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF CALIFORNIA

7

8    KAREEM MUHAMMAD,                    CASE NO. 1:12-CV-2025 AWI JLT

9             Plaintiff                  ORDER VACATING HEARING DATE
                                         OF DECEMBER 9, 2013
10        v.

11   OFFICER CHAD GARRETT,
     BAKERSFIELD CITY POLICE
12   DEPARTMENT, and CITY OF
     BAKERSFIELD,
13
              Defendants
14

15         Defendants have made a motion to dismiss for failure to state a claim. Doc. 33.  Plaintiff

16   opposes the motion. Doc. 34.  The court has reviewed the papers filed and has determined that the

17   motion is suitable for decision without further oral argument. See Local Rule 230(g).

18         Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 9,

19   2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take the

20   matter under submission and will thereafter issue its decision.

21

22

23   IT IS SO ORDERED.

24   Dated:   December 6, 2013          _____
                                             SENIOR  DISTRICT  JUDGE
25

26

27

28