UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD,<br><br>        Plaintiff<br><br>        v.<br><br>OFFICER CHAD GARRETT, BAKERSFIELD CITY POLICE DEPARTMENT, and CITY OF BAKERSFIELD,<br><br>        Defendants | CASE NO. 1:12-CV-2025 AWI JLT<br><br>ORDER VACATING HEARING DATE OF DECEMBER 9, 2013 |

Defendants have made a motion to dismiss for failure to state a claim. Doc. 33. Plaintiff opposes the motion. Doc. 34. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 9, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 6, 2013

                          SENIOR DISTRICT JUDGE